ORIGINAL

1  MARISA L. DERSEY
   California State Bar No. 207724
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   NBC Building, 225 Broadway, Suite 900
3  San Diego, California 92101
   Telephone: (619) 234-8467
4  Fax: (619) 687-2666

5  Attorney for Ms. Hernandez

2006 OCT -2 AM 10: 20

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY ALAN BURNS)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 06CR176 LAB |
| v. | ) | **APPLICATION FOR EXONERATION OF BOND AND ORDER RECONVEYING TRUST DEED, AND ORDER THEREON** |
| ALEXIS HERNANDEZ, | ) | |
| Defendant. | ) | |

The above-named Defendant, Alexis Hernandez made her first appearance in the above-captioned case on January 23, 2006 on the charges of importation of cocaine and possession with intent to distribute. On March 13, 2006, Ms. Hernandez posted bond in the amount of $50,000, secured by property located at 934 South Windsor Avenue, Stockton, California 95205.

On August 21, 2006, Ms. Hernandez was sentenced and remanded to custody of the United States Bureau of Prisons for a term of 36 months. The Court also orally ordered the bond exonerated. Therefore, Ms. Hernandez hereby requests this Court to reiterate that the bond is exonerated, and, accordingly, that the property trust deed securing the bond be reconveyed to Anita C. Ochoa.

**IT IS SO MOVED.**

Dated: 9/28/06

MARISA L. DERSEY
Attorney for Ms. Hernandez

1       **IT IS HEREBY ORDERED**, good cause having been shown, that the criminal bond in
2  the above-captioned case, with respect to Defendant Alexis Hernandez, be exonerated, and that the trust
3  deed with respect to the property located at <u>934 South Windsor Avenue, Stockton, California, 95205</u>, be
4  released and reconveyed to Anita C. Ochoa, and that all documents related to the release and reconveyance
5  be mailed to Federal Defenders of San Diego, Inc., c/o Miguel Gongora, Jr., NBC Building, 225
6  Broadway, Suite 900, San Diego, California, 92101.

     **IT IS SO ORDERED**.

Dated: 9-29-06

*/s/ Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge